IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>VARIOUS PARCELS OF REAL  )<br>PROPERTY, VARIOUS VEHICLES,  )<br>AND JEWELRY,  )<br>Defendants.  ) | Civil Action No. 07-570 |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 23 day of Aug, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the following defendant property be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity, including without limitation Troy David Brown, except subject to the valid lien held by Capital One against the defendant 2005 GMC Truck:

> 2002 GMC Yukon, VIN 1GKFK66U12J263858
> 2005 GMC Truck, VIN 2GTEK13T051115897
> A gold pendant with diamonds

This case shall remain closed.

_____
United States District Judge