IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-570 |
| VARIOUS PARCELS OF REAL PROPERTY, VARIOUS VEHICLES, AND JEWELRY, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this __16th__ day of __Sept__, 2008, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

_____
United States District