IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-570 |
| VARIOUS PARCELS OF REAL PROPERTY, ETAL. | ) |
| Defendants. | ) |

<u>O R D E R</u>

AND NOW, this 14th day of August, 2011, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the following real property from the above-captioned case are dismissed without prejudice:

    521 Stokes Avenue, Braddock, PA

    569 Stokes Avenue, Braddock, PA

    1522 Brinton Avenue, Braddock, PA

    1006 Kirkpatrick Street, Braddock, PA

    Kirkpatrick Street, Braddock, PA ( I.D. 0302-B-00332-0001-00)

_____
Chief United States District Judge